IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| THE QUANTUM WORLD CORPORATION,<br><br>     Plaintiff,<br><br>     v.<br><br>DELL INC.,<br>HEWLETT-PACKARD COMPANY,<br>ACER, INC., and<br>ACER AMERICA CORPORATION,<br><br>     Defendants. | Civil Action No. 2:10-cv-187<br><br>**JURY TRIAL DEMANDED** |

**CORPORATE DISCLOSURE STATEMENT OF**
**PLAINTIFF THE QUANTUM WORLD CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff The Quantum World Corporation, states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

DATED:  June 3, 2010.                    Respectfully submitted,

                    By:     */s/ Daniel J. Shih*

                         J. Hoke Peacock III
                              Texas State Bar No. 15673980
                              tpeacock@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
                         1000 Louisiana Street, Suite 5100
                         Houston, Texas 77002
                         Telephone:  (713) 651-9366
                         Facsimile:  (713) 654-6666

                         Daniel J. Shih
                              Washington State Bar No. 37999
                              dshih@susmangodfrey.com
                         SUSMAN GODFREY L.L.P.
                         Third Avenue, Suite 3800
                         Seattle, Washington 98101

Telephone:  (206) 516-3880
Facsimile:  (206) 516-3883

Craig Smyser
   Texas State Bar No. 18777575
   csmyser@skv.com
Lee Kaplan
   Texas State Bar No. 11094400
   lkaplan@skv.com
SMYSER KAPLAN & VESELKA, L.L.P.
700 Louisiana, Suite 2300
Houston, Texas 77002
Telephone:  (713) 221-2323
Facsimile:  (713) 221-2320

Gordon T. Arnold
   Texas State Bar No. 01342410
   garnold@arnold-iplaw.com
ARNOLD & KNOBLOCH, L.L.P.
Sterling Bank
2401 Fountainview, Suite 630
Houston, Texas  77057
Telephone:  (713) 972-1649
Facsimile:  (713) 972-1180

S. Calvin Capshaw
   Texas State Bar No. 03783900
   ccapshaw@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
P.O. Box 3999
Longview, Texas 75601-5157
Telephone:  (903) 236-9800
Facsimile:  (903) 236-8787

Brian L. Jensen
   bjensen@bjensenlaw.com
B. L. JENSEN, L.P.
6750 West Loop South, Suite 800
Bellaire, Texas  77401
Telephone:  (713) 224-5500
Facsimile: (713) 665-6818

**ATTORNEYS FOR PLAINTIFF
THE QUANTUM WORLD
CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by email via the Eastern District of Texas ECF System to all counsel of record on this the 3rd day of June, 2010.

      /s/ Daniel J. Shih